**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

FAX: (212) 791-4149                                                                                      TELEPHONE: (212) 748-3355

August 15, 2007

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Danielle Moore v. NYS Division of Parole, et al.*, 06 CV 1973 (CPS) (JO)

Your Honor:

      The parties write jointly in advance of the status conference that is scheduled to take place on August 17, 2007. We are pleased to advise the Court that we are on target to complete all discovery by the cut-off date of December 21, 2007, and that there are no current discovery disputes. The parties have not yet begun to engage in settlement discussions. We do not believe that the Court's assistance is necessary at this juncture, and we jointly request that the status conference be cancelled.

      Thank you for your consideration in this matter.

      Respectfully,

      /s

      Rose M. Weber (RW 0515)

cc:    Lee Adlerstein, Esq. (by ECF)